IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GABRIEL SANCHEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:21-cv-00691-O-BP |
| | § |
| HERTZ CAR SALES, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and accepts them as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion to Remand (ECF No. 12) is **DENIED** and Defendants' Motions to Compel Arbitration (ECF Nos. 16, 20–21) are **GRANTED**. Consequently, the Court **DENIES** the following motions as **moot**: Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 8); Plaintiff's Motion to Second Amended Complaint (ECF No. 11); Plaintiff's Motion to Deny the Defendants' Motion to Compel Arbitration and Dismiss Proceedings (ECF No. 30); Plaintiff's Motion to Deny the Defendants' Opposition to Motion to Remand (ECF No. 33); and Plaintiff's state court Motion for Default Judgment (ECF No. 1-1 at 36–37). It is further **ORDERED** that this case is **DISMISSED with prejudice**.

SO ORDERED on this **4th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE